IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANITA M. RODGERS                                                    PLAINTIFF

V.                           No. 3:20-CV-00286-ERE

ANDREW SAUL,
Commissioner of Social Security Administration                      DEFENDANT

# ORDER

Ms. Rodgers has moved to voluntarily dismiss the claims raised in this case. *Doc. 17*. For good cause, the motion is GRANTED. Ms. Rodgers's claims are DISMISSED, without prejudice. The Clerk is instructed to close this case.

IT IS SO ORDERED this 22nd day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE