IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANITA M. RODGERS**                                                         **PLAINTIFF**

V.                         No. 3:20-CV-00286-ERE

**ANDREW SAUL,**
**Commissioner of Social Security Administration**           **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 22nd day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE